IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CESAR JESUS GONZALO DEL RIO,

    Plaintiff,

  v.

                    Case No.  20-cv-1125-wmc

COLUMBIA COUNTY JAIL,
COLUMBIA COUNTY POLICE,
COLUMBIA COUNTY CHIEF OF
POLICE, and CITY OF PORTAGE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 8/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |